SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>    vs.<br><br>Elena A. Chkuaseli, et al,<br><br><br>    Defendants | Case No.: CIV.S 09-cv-02870-MCE-KJN<br><br>**STIPULATED DISMISSAL OF PAUL D. LINSTEADT and LAURA N. LINSTEADT; ORDER**<br><br>Complaint Filed: October 15, 2009<br><br>**CASE TO REMAIN OPEN AS TO REMAINING DEFENDANTS** |

**IT IS HEREBY STIPULATED** by Plaintiff, Scott N. Johnson, that Defendants (Paul D. Linsteadt; Laura N. Linsteadt) be and are hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2).  This case is to remain open as to remaining Defendants.  Defendants Paul D. Linsteadt; Laura N. Linsteadt are dismissed because Plaintiff and these Defendants have settled their dispute.

| | | |
|---|---|---|
| 1 | Dated: March 12, 2010 | /s/Scott N. Johnson_____ |
| 2 | | SCOTT N. JOHNSON |
| | | Attorney for Plaintiff |
| 3 | | |

Dated: March 16, 2010    /s/ Cris C. Vaughan_____
CRIS C. VAUGHAN
Attorney for Defendants,
PAUL D. LINSTEADT;
LAURA N. LINSTEADT

**IT IS SO ORDERED**.

Dated: March 22, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE