SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson<br><br>Plaintiff,<br><br>vs.<br><br>Elena A. Chkuaseli, et al,<br><br>Defendants | Case No.: CIV.S 09-cv-02870-MCE-KJN<br><br>**PLAINTIFF'S REQUEST FOR DISMISSAL OF BRIAN KRAFT; BERNADETTE KRAFT AND ORDER**<br><br>Complaint Filed: OCTOBER 15, 2009<br><br>**CASE TO BE REMAINED OPEN WITH REMAINING DEFENDANTS** |

**IT IS HEREBY REQUESTED** by Plaintiff, Scott N. Johnson, that Defendants (Brian Kraft; Bernadette Kraft) be and is hereby dismissed **WITH PREJUDICE** pursuant to FRCP 41 (a)(2). This case is to be remained open with remaining Defendants. Defendants (Brian Kraft; Bernadette Kraft) are dismissed because Plaintiff and these Defendants have settled their dispute.

Dated: April 30, 2010                                    /s/Scott N. Johnson_____
                                                          SCOTT N. JOHNSON
                                                          Attorney for Plaintiff

1 **IT IS SO ORDERED**.

3 Dated: May 5, 2010

5               MORRISON C. ENGLAND, JR
              UNITED STATES DISTRICT JUDGE